UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA

GLENN ROYCE FAVRE,

               Claimant,

-versus-

Kenneth Krell

               Defendant,

Adversary Proceeding No:_____

Case No,:08-85864 - mhm

Judge Honorable Margaret Murphy

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

REGINA THOMAS,
CLERK

09-9074

## COMPLAINT

Glenn R Favre ("Plaintiff") herby files this Complaint for Breach of Contract, quantum merit and unjust enrichment, against Kenneth Krell ("Defendant") alleging as follows:

## PARTIES

1

Plaintiff is and individual under the protection of this Honorable Court and the rulings of the Honorable Judge Margaret Murphy, which resides in this Jurisdiction.

2

Defendant, Kenneth Krell is an individual residing in the State of Georgia in Fulton County, 176 Peachtree Circle, Atlanta Georgia 30306.

## JURISDICTION

3

Jurisdiction and venue are proper in this court under the facts and circumstances set forth herein which include defendant's residence with in the Northern District of Georgia.

4

## Promissory Estoppels

Plaintiff claims an enforceable promise existed between the parties because plaintiff justifiably relied on a promise made by the defendant. The plaintiff has the burden of proving:

[1] Kenneth Krell promised Glenn Favre that He would pay Glenn Favre for the repairs to Defendants home for the period of April 2007 thru December, 2007.

[2] Glenn Favre states that Defendant has not paid for the repairs to Defendant's home promised to Plaintiff.

[3] Kenneth Krell expected or reasonably should have expected that the promise would cause Glenn Favre to become financially burdened when Plaintiff was not reimbursed for and in turn financing the repairs of Defendants home, where as causing the Plaintiff to file protection under 11 USC Chapter 7.

[4] Glenn Favre was damaged because He relied on Kenneth Krell's promise. To date Kenneth Krell refuses to pay the monies that he fraudulently disputed to his credit card company in the of amount of $32,000.00 and the amount of the final invoice which represents the Plaintiff's expenses, labor and materials used in the repairs of Defendants home.

[6] As a result, the Plaintiff has had to retain counsel, file for protection under 11 USC Chapter 7, and this HONORABLE COURTS PROTECTION OF THE AUTOMATIC STAY 362 (b), forced to close his business, been foreclosed upon his primary residence, lost his personnel transportation, investments and all savings in an attempt to have the Defendant pay for what he promised.

[7] The Plaintiff's health has deteriorated because of the undue stress and the onset of Post Financial Traumatic Stress Disorder (PSFTD) and is unable to sustain gainful employment because of PSFTD.

5

**WHEREFORE,** Claimant requests and prays that this Honorable Court and that of the Honorable Margaret Murphy:

(a) grant Plaintiff a judgment against the Defendant for the amount fully allowed that this court deems just and necessary.

(b) grant Plaintiff a reversal of the voluntary petition of Claimants Chapter 7 filed December 9, 2008.

(c) grant all other relief deems just and necessary

(d) request that Defendant's litigious actions be forwarded to the Proper State and Federal authorities for Criminal Prosecution as the Honorable Judge Margaret Murphy deems proper.

Respectfully submitted this 16th day of October, 2009

*[signature]*
Glenn R Favre Claimant

110 South Columbia Drive #11
Decatur, Georgia 30030
4043731137



Comptroller of the Currency
Administrator of National Banks

---

October 7, 2009

Glenn R. Favre
110 S. Columbia Drive, #11
Decatur GA 30030

Re: Case# 00806569
    WACHOVIA BANK, NATIONAL ASSOCIATION

Dear Mr. Favre:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. The focus of the OCC's review of consumer complaints against national banks is to determine whether the banks' actions are consistent with banking statutes, regulations or any policies that are applicable to nationally chartered banking institutions.

In your correspondence with this agency, you asked for a copy of the bank's second response and recorded conversations. As you were advised by the General Services Administration, the records you seek must be requested under the Freedom of Information Act (FOIA).

Requests for information under the FOIA should be mailed to:

> Comptroller of the Currency
> Communications Division, Public Disclosure Unit
> 250 E. Street, S.W.
> Mail Stop 3-2
> Washington, D.C. 20219-0001
> Attn: Frank Vance

The phone number is (202) 874-4700, or email FOIA-PA@occ.treas.gov for more information. You may also make a FOIA online through our agency's website. For additional information please access https://appsec.occ.gov/publicaccesslink/palMain.aspx.

---

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301
Internet Address: www.HelpWithMyBank.gov

Please direct all future FOIA related questions and correspondence to that office.

We trust this is responsive to your concerns. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

Deidra Chandler
Customer Service Manager
Customer Assistance Group

---

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

**09-9074**

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br><br>**Glenn R Favre** | **DEFENDANTS**<br><br>**KENNETH KRELL PRO SE** |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>110 SOUTH COLUMBIA DRIVE #11<br>DECATUR GEORGIA 30030<br>4043731137 | ATTORNEYS (If Known)<br>176 PEACHTREE CIRCLE<br>ATLANTA GEORGIA 30306 |
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |
| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br><br>DEFENDANT REFUSING TO PAY FOR FINAL INVOICE WHICH REPRESENTS THE MATERIAL AND SUBCONTRACTOR LABOR REIMBERSABLE AND THE PLAINTIFFS PROFIT AND MARGINS. CAUSED PLAINTIFF UNMEASRUABLE STRESS, . PLAINTIFF HAS HAD TO FILE FOR BK7 PROTECTION AND SINCE HAS LOST HIS COMPANY, HOUSE AND TRANSPORTATION. | |

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| FRBP 7001(1) – Recovery of Money/Property<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☒ 14-Recovery of money/property - other<br><br>FRBP 7001(2) – Validity, Priority or Extent of Lien<br>☐ 21-Validity, priority or extent of lien or other interest in property<br><br>FRBP 7001(3) – Approval of Sale of Property<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)<br><br>FRBP 7001(4) – Objection/Revocation of Discharge<br>☒ 41-Objection / revocation of discharge - §727(c),(d),(e)<br><br>FRBP 7001(5) – Revocation of Confirmation<br>☐ 51-Revocation of confirmation<br><br>FRBP 7001(6) – Dischargeability<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br><br>(continued next column) | FRBP 7001(6) – Dischargeability (continued)<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☒ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)<br>☐ 65-Dischargeability - other<br><br>FRBP 7001(7) – Injunctive Relief<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other<br><br>FRBP 7001(8) Subordination of Claim or Interest<br>☐ 81-Subordination of claim or interest<br><br>FRBP 7001(9) Declaratory Judgment<br>☒ 91-Declaratory judgment<br><br>FRBP 7001(10) Determination of Removed Action<br>☐ 01-Determination of removed claim or cause<br><br>Other<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.<br>☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| ☒ Check if this case involves a substantive issue of state law | ☒ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ 148,000+ INTEREST AND CONSIQUENTIAL DAMAGES |
| Other Relief Sought    RESTITUTION BE PAID TO PLAINTIFF AT THE MAXIMUM ALLOWED BY THIS COURT | |

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
OCT 16 2009
By: M. Regina Thomas, Clerk
Deputy Clerk

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR *Glenn R Favre pro se* || BANKRUPTCY CASE NO. *08-CA-85264-MHM* ||
| DISTRICT IN WHICH CASE IS PENDING *NORTHERN* || DIVISION OFFICE *ATLANAT* | NAME OF JUDGE *Margaret Murphy* |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF *Glenn R Favre pro se* | DEFENDANT *Kenneth Krell* || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE *October 16, 2009* || PRINT NAME OF ATTORNEY (OR PLAINTIFF) *GLENN FAVRE* ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# 09-9074   Judge M*HW*

## NEW ADVERSARY CHECKLIST

(✓)   Complete Filing
( )   Incomplete Filing

**Check-mark the following documents that are missing:**

( )   Summons
( )   Adversary Cover Sheet
( )   Complaint

Customer was given:

☐ Letter Attached

☐ Summons ☐ Adversary Cover Sheet
   At Intake Counter Date_____

☐ Summons ☐ Adversary Cover Sheet
   Sent via US mail   Date_____

| **FEE** |
| --- |
| PAID _____ |
| DEFERRED _____ |
| NOT REQUIRED ✓_____ |