B 250A (Rev. 4/01)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re **GLENN FAVRE** | Debtor | Bankruptcy Case No.<br>**08-CA-85264-MHM** |
| **GLENN FAVRE** | Plaintiff | |
| Krell, Kenneth | Defendant | Adversary Proceeding No.<br>**09-9074** |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons, to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
>
> **75 PEACHTREE ST SE**
> **ATLANTA GA 30303**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>
> GLENN FAVRE
> 110 S COLUMBIA DR 11
> DECATUR GA 30030

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
Clerk of the Bankruptcy Court

OCT 16 2009
Date

By: _Heather Dillard_
Deputy Clerk