CERTIFICATE OF SERVICE

**09-9074**

I, __Glenn R. Favre__, certify that I am, and at all times during the service
 (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __10-17-09__ by:
 (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Kenneth Krell care of
176 Peachtree Circle
Atlanta, GA. 30306

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

OCT 22 2009 PM02:25

Janet Curly, DEPUTY CLERK
H. REGINA THOMAS, CLERK
FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

☐ Publication: The defendant was served as follows: [Describe briefly]

☒ State Law: The defendant was served pursuant to the laws of the State of __Georgia__,
 (name of state)
as follows: [Describe briefly]

U.S. Department of Trustees.
Judge Margaret Murphy Hearsay hearing 09-9074
08-86524 mhm

Under penalty of perjury, I declare that the foregoing is true and correct.

__10-17-09__    _____
Date            Signature

GLENN R FAVRE
110 SOUTH COLUMBIA DRIVE #11
DECATUR GEORGIA 30030