UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 25 2009 PM 01:48

M. REGINA THOMAS,
CLERK

BY: Heather Dillard
DEPUTY CLERK

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| | § | |
| GLENN FAVRE | § | CASE NO 08-85264-MHM |
| DEBTOR | § | |
| | § | |
| GLENN FAVRE pro se | § | |
| CLAIMANT/PLAINTIFF | § | THE HONORABLE MARGARET MURPHY |
| | § | |
| v. | § | ADVERSARIAL PROCEEDING |
| | § | |
| KENNETH KRELL | § | |
| DEFENDANT | § | 09-AP-09074 |

### DEFENDANT'S OBJECTION TO

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW KENNETH KRELL and files this objection to the Plaintiff's Motion for Default Judgment against the Defendant to wit:

### THE DEFENDANT HAS NEVER RECEIVED A
### SUMMONS FROM PLAINTIFF.

Plaintiff Favre alleges that an Order of Summons was issued on October 16, 2009. However Defendant Krell has not received any written communication from Plaintiff regarding such summons and has received no service from any court appointed officer.

Defendant's receipt of Plaintiff's Motion for Default Judgment was his first notice of such summons, and he has no knowledge of the alleged summons.

Further, Plaintiff alleges that he has faxed to Defendant a copy of his Motion for Default Judgment, however no such fax has been received.

Defendant Krell requests a hearing by this Honorable Court to dispense with this matter.

Respectfully Submitted:

Kenneth Krell pro se
176 Peachtree Circle
Atlanta, GA 30309
954.599.2110

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I, Kenneth B. Krell am over the age of 18 years at the time of this service and that a true and correct copy of the foregoing has been furnished by US Mail with the correct postage and mailed to:

Glenn Favre
110 South Columbia Drive #11
Decatur, GA 30030

Kenneth B. Krell