UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| | § | |
| GLENN FAVRE | § | CASE NO 08-85264-MHM |
| DEBTOR | § | 727 filed |
| | § | |
| GLENN FAVRE pro se | § | |
| CLAIMANT/PLAINTIFF | § | THE HONORABLE MARGARET MURPHY |
| | § | |
| v. | § | |
| | § | ADVERSARIAL PROCEEDING |
| KENNETH KRELL | § | 09-AP-09074 |
| DEFENDANT | § | |

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

GINA THOMAS,
CLERK

DEPUTY CLERK

## PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANTS FOR FAILING TO ANSWER THE SUMMONS UNDER FED BANK R. 7012

COMES NOW GLENN FAVRE and for asks for an application for Summary Judgment and application for Default Judgment against the Defendants per **BLR 7056-1. Motions for Summary Judgment.**

.[1] and request the application and the SUMMARY judgment be issued by the clerk of court be entered today November 29, 2009 by the clerk of this Honorable Court for the Defendants violation of FERA, FCA, and failure to properly answer the summons issued on October 16, 2009. Not with statnding 28 U.S.C. § 157
\

**Under Local BLR 7067-1. Registry Funds, Unclaimed Funds, and Other Funds in the Custody of the Clerk and under** Rule 65 under the Court of Federal Claims as amended July 13, 2009 Rule 65 (a)(1)(2)(B)(3) allows for the court to issue a preliminary injunction against the Defendants attorney's, summary judgment and default

---

1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

judgment..

The Plaintiff has filed all of the prerequisites motions in support of this applications and request that this Honorable court through economic consideration of time consolidate the adversarial cases and order in a ruling on behalf of the Plaintiff and award all damages, fines that have been described in the Motion filed be the PlaintIff on November 19, 2009 and cost that this court see just and proper. Please see affidavit

_____12·11-09_____
Respectively Submitted

_____
Glenn Favre pro se
110 South Columbia Drive #11
Decatur, Georgia 30030
404-373-1137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I Glenn R. Favre, am over the age of 18 years old at the time of this service, that a true and correct copy of the foregoing has been furnished by

U.S. Mail with the correct postage and faxed to:

Kenneth Krell
176 Peachtree Circle
Atlanta, Georgia 30309

2